IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

LINDA MAE ANGEL,                          )
                                          )
            Plaintiff,                    )     TC-MD 120069N
                                          )
     v.                                   )
                                          )
DEPARTMENT OF REVENUE,                    )
State of Oregon,                          )
                                          )
            Defendant.                    )     **DECISION OF DISMISSAL**

     This matter is before the court on its own motion to dismiss this case for lack of

prosecution.  A trial was scheduled at 9:00 a.m. on May 8, 2012, to consider Plaintiff's appeal.

The May 8, 2012, trial date was agreed upon by the parties during a case management

conference held April 2, 2012.  On April 3, 2012, the court sent notice of the scheduled trial to

Plaintiff at her email address, which is the address Plaintiff provided to the court.  The notice

was not returned as undeliverable.  The notice advised that if Plaintiff did not appear, the court

might dismiss the appeal.  Plaintiff did not appear at the May 8, 2012, trial.r

     Under such circumstances, the court finds the appeal must be dismissed for lack of

prosecution.  Now, therefore,

     IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

     Dated this ＿＿ day of May 2011.

                                          _____
                                          ALLISON R. BOOMER
                                          MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon*
*Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to:*
*Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this*
*Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Pro Tempore Allison R. Boomer on May 9, 2012.*
*The Court filed and entered this document on May 9, 2012*

DECISION OF DISMISSAL  TC-MD 120069N                                              1